UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION – LEXINGTON
CIVIL ACTION NO. _____
[*Electronically Filed*]

ELIZABETH LATHAM,                                                             PLAINTIFF,

v.

FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY,                                        DEFENDANT.

## NOTICE OF REMOVAL

Defendant First Reliance Standard Life Insurance Company, by and through its undersigned counsel, timely files this Notice of Removal pursuant to 28 U.S.C. § 1331, 29 U.S.C. §1132(e), and 28 U.S.C. §1441(a), (b), and (c), removing the above-captioned action to the United States District Court for the Eastern District of Kentucky from the Bourbon Circuit Court, Commonwealth of Kentucky, and avers as follows:

1.     The above-captioned action was commenced by Plaintiff against Defendant in the Bourbon Circuit Court, Commonwealth of Kentucky, on or about November 27, 2019. A true and correct copy of the Complaint is attached hereto as part of Exhibit 1.

2.     The Complaint was sent to the Kentucky Secretary of State and served upon Defendant on December 27, 2019. (*See* Exhibit 2).

3.     Plaintiff filed this action seeking long term disability benefits under a group policy issued to Tiffany & Co.

4.     Plaintiff alleges in paragraphs 27 and 29 of the Complaint that this action is brought under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et. seq.*

10457021v.1

5. A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. § 1441(c) as an action arising under a federal law. *See Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dedeaux*, 481 U.S. 41 (1987).

6. Per the allegations in the Complaint, this Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e). As a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), (b), and (c).

7. This Notice of Removal is being filed within thirty (30) days of Defendant's receipt of the Complaint as required by 28 U.S.C. § 1446(b).

8. No pleadings, process or orders other than the Complaint and Summons have been served on Reliance and therefore no other pleadings, process or orders are attached to this Notice as required by 28 U.S.C. §1446(a). The entire record of the Bourbon Circuit Court is attached hereto as <u>Exhibit 1</u>.

9. All fees required by law in connection with this notice have been filed by Defendant.

**WHEREFORE**, Defendant First Reliance Standard Life Insurance Company removes the above-captioned matter now pending in the Bourbon Circuit Court, Commonwealth of Kentucky, to the United States District Court for the Eastern District of Kentucky.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Edward M. O'Brien
Edward M. O'Brien
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.8500
502.238.7995 (fax)
edward.o'brien@wilsonelser.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 14, 2020, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Elizabeth A. Thornsbury
Erik D. Peterson
Mehr Fairbanks & Peterson Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
*Counsel for Plaintiff*

The undersigned further certifies that a copy of the foregoing was served via U.S. mail upon Plaintiff's counsel at the address specified above.

/s/ Edward M. O'Brien
*Counsel for Defendant*

10457021v.1